**No. 10-5125. Bill Lietzke, Petitioner v. City of Montgomery, Alabama, et al.**

562 U.S. 1026, 131 S. Ct. 555, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8396.

November 1, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 905, 131 S. Ct. 245, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6341.

**No. D-2475. In the Matter of Disbarment of Howard L. Blau.**

562 U.S. 999, 131 S. Ct. 555, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8446.

November 1, 2010. Disbarment entered.

Former order, 561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5620.

**No. D-2481. In the Matter of Disbarment of Martin Joseph Mickler.**

562 U.S. 999, 131 S. Ct. 555, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8342.

November 1, 2010. Disbarment entered.

Former order, 561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5562.

**No. D-2482. In the Matter of Disbarment of Jeffrey Thomas Kipi.**

562 U.S. 999, 131 S. Ct. 555, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8366.

November 1, 2010. Disbarment entered.

Former order, 561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1131, 2010 U.S. LEXIS 5566.

**No. D-2485. In the Matter of Disbarment of Robert E. Mittendorff.**

562 U.S. 999, 131 S. Ct. 555, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8381.

November 1, 2010. Disbarment entered.

Former order, 561 U.S. 1045, 131 S. Ct. 42, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5596.

**No. D-2490. In the Matter of Disbarment of Robert C. Arledge.**

562 U.S. 999, 131 S. Ct. 555, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8449.

November 1, 2010. Disbarment entered.

Former order, 561 U.S. 1045, 131 S. Ct. 43, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5625.

**No. D-2491. In the Matter of Disbarment of Melissa Anne Shomber.**

562 U.S. 999, 131 S. Ct. 555, 178 L. Ed. 2d 410, 2010 U.S. LEXIS 8336.

November 1, 2010. Disbarment entered.

Former order, 561 U.S. 1045, 131 S. Ct. 43, 177 L. Ed. 2d 1133, 2010 U.S. LEXIS 5612.